# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANK D'AGOSTINO,<br><br>        Plaintiff,<br> v.<br>DR. KAREN GEDNEY, *et al.*,<br><br>        Defendants. | Case No. 3:17-cv-00101-MMD-WGC<br><br>ORDER |

Before the Court is Plaintiff's motion for clarification and to enforce the Court's previous order in which this Court granted Plaintiff's motion for voluntary dismissal. (ECF No. 25.) Good cause appearing, this Court grants Plaintiff's motion for clarification and enforcement (ECF No. 25).

It is therefore ordered that NDOC Accounting cease withdrawal of funds from Plaintiff's inmate account for this action. NDOC must file with the Court an accounting of payments taken from Plaintiff's inmate account for this action by August 10, 2018. The Court will review the documentation and issue a refund, if appropriate, starting from the date of July 19, 2018 (this Court's prior order). The Clerk is instructed to serve a copy of this Order and the Court's previous order (ECF No. 24) to the Finance Division of the Clerk's office. The Clerk of the Court is also instructed to send a copy of this Order and the Court's previous order (ECF No. 24) to the attention of the Chief of Inmate Services, Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702.

DATED THIS 3rd day of August 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

1